UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMOND THOMAS, ) | NO. CV 06-03275 ABC (SS) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| BRIAN HAWS, Warden, ) | |
| Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 29, 2008

*Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE